```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------

PHH MORTGAGE CORPORATION,

                      Plaintiff,

      - against -

PETER DASILVA,

                      Defendant.

25-cv-8414 (JGK)

ORDER

------------------------------------------------------

**JOHN G. KOELTL, District Judge:**

     The defendant's time to answer is extended sixty days until **January 16, 2026.**

     The plaintiff may consider contacting the City Bar Justice Center's Federal Pro Se Legal Assistance Project in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in this Court. The clinic is run by a private organization; it is not part of, or run by, the Court. The plaintiff may reach the City Bar Justice Center at (212) 805-0175.

The Clerk is respectfully requested to mail a copy of this Order to the pro se defendant at the address below.

737 East 221 Street
Bronx, NY 10467

**SO ORDERED.**
**Dated:    New York, New York**
**November 10, 2025**

_____
John G. Koeltl
United States District Judge