UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————

PHH MORTGAGE CORPORATION,

                              Plaintiff,

          - against -

PETER DASILVA,

                             Defendant.
————————————————————————————————

25-cv-8414 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The defendant's time to answer is extended sixty days until **January 16, 2026.**

The pro se defendant may consider contacting the City Bar Justice Center's Federal Pro Se Legal Assistance Project in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in this Court. The clinic is run by a private organization; it is not part of, or run by, the Court. The pro se defendant may reach the City Bar Justice Center at (212) 805-0175.

The Clerk is respectfully requested to mail a copy of this

Order to the pro se defendant at the address below.

    737 East 221 Street
    Bronx, NY 10467

**SO ORDERED.**
**Dated:    New York, New York**
           **November 11, 2025**

                                **John G. Koeltl**
                     **United States District Judge**

# CITY BAR JUSTICE CENTER OVERVIEW
## *Free legal assistance for New Yorkers in need.*

The City Bar Justice Center (CBJC) advances access to justice by addressing the legal needs of New Yorkers experiencing poverty and facing social and economic barriers. CBJC's projects, including the largest civil legal hotline in New York, provide assistance through:



**Brief advice and information**



**Referrals**



**Limited scope and extended legal representation**



**Community outreach and education**

## LEGAL HOTLINE

The Legal Hotline is staffed by attorneys who assist callers on a range of civil legal issues, including matrimonial and family law, housing law, domestic violence, bankruptcy, and debt collection and benefits. Hours of operation for the Legal Hotline are Monday through Thursday from 10:00 a.m. to 12:00 p.m. and 2:00 p.m. to 4:00 p.m. and Friday from 9:00 a.m. to 12:00 p.m.

Our staff includes bilingual attorneys who speak English and Spanish, and:
We accept calls in any language through interpreting services.
Aceptamos llamadas en cualquier idioma a través de servicios de interpretación.
我們通過口譯服務接受任何語言的電話.
Nous acceptons les appels dans toutes les langues grâce à des services d'interprétation.
Принимаем звонки на любом языке через услуги переводчика.

### CONTACT US

Call 212-626-7383 or apply for help online by scanning the QR code



www.tinyurl.com/cbjchelp

**OTHER RESOURCES:** If you are able to pay a consultation fee and are considering hiring a private attorney, please call the **Legal Referral Service** at 212-626-7373 or visit their website at www.nycbar.org/get-legal-help. LawHelp.org/NY is an online tool for New Yorkers with limited resources to locate free legal assistance.

# CITY BAR JUSTICE CENTER PROJECTS

*To contact or learn more about a CBJC project, visit: www.citybarjusticecenter.org/our-projects*

## CANCER ADVOCACY PROJECT

CAP provides cancer patients, survivors, and their families with legal information and pro bono assistance on issues relating to advance directives, Wills, health insurance appeals and cancer-related employment discrimination.

## CONSUMER BANKRUPTCY PROJECT

CBP provides legal assistance to consumers with outstanding debts, assists debtors filing *pro se* bankruptcy petitions, and provides pro bono representation to debtors in contested matters.

## ELDERLAW PROJECT

ELP aims to maintain the dignity and independence of elderly people by providing clients with end-of-life planning assistance. ELP also provides community education on areas of law that are important to seniors.

## FEDERAL PRO SE LEGAL ASSISTANCE PROJECTS

The Federal Pro Se Legal Assistance Projects assist pro se litigants with civil legal matters through review of papers, drafting assistance, research, referrals and advising.

## HOMEOWNER STABILITY PROJECT

HSP provides legal assistance to homeowners facing foreclosure, behind on their mortgage, property taxes or other housing expense; or seeking assistance with title, deeds or inheritance of a home.

## IMMIGRANT JUSTICE PROJECT

IJP assists individuals seeking asylum, survivors of violent crimes and trafficking in the U.S., and those seeking humanitarian protection and other forms of immigration relief.

## LGBT ADVOCACY PROJECT

The LGBT Advocacy Project offers free legal advice and representation to New Yorkers that identify as LGBTQ+ in the areas of family and marital law, life planning, discrimination, housing and foreclosure, and transgender name and gender changes.

## NEIGHBORHOOD ENTREPRENEUR LAW PROJECT

NELP provides micro-entrepreneurs with legal assistance on matters including incorporation, contracts, and intellectual property rights to ensure their businesses start off on sound legal footing.

## PLANNING AND ESTATES LAW PROJECT

PELP provides legal advice and assistance to New Yorkers facing economic barriers with matters pertaining to end of life planning, wills and estates.

## SHELTER ADVOCACY PROJECT

SAP provides advice, advocacy, and limited-scope representation on urgent and unmet legal needs of people experiencing homelessness.

## VETERANS ASSISTANCE PROJECT

VAP assists veterans of limited resources with legal assistance on issues related to their claims for benefits from the U.S. Department of Veteran Affairs (VA).