UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

PHH MORTGAGE CORPORATION,

                    Plaintiff,                    25-cv-8414 (JGK)
          - against -
                                                  ORDER
PETER DASILVA,

                    Defendant.
_____

JOHN G. KOELTL, District Judge:

     The deadline for the defendants to answer the plaintiff's complaint was January 16, 2026. To date, no answer has been filed.

     The time for the defendant to answer or respond to the complaint is extended to **February 4, 2026.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

     The plaintiff should serve a copy of this Order on each of the defendants and file proof of service on the docket by **January 27, 2026.**

SO ORDERED.
Dated:    New York, New York
          January 21, 2026

                                        _____
                                              John G. Koeltl
                                        United States District Judge