UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHH MORTGAGE CORPORATION,

                         Plaintiff,                    25-cv-8414 (JGK)

            - against -                                ORDER

PETER DASILVA,

                         Defendant.

---

JOHN G. KOELTL, District Judge:

The Court is in receipt of pro se Defendant Peter DaSilva's response to the plaintiff's complaint (ECF No. 24). The Court will construe the submission as a motion to dismiss for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2), or in the alternative, a motion to dismiss for improper service pursuant to Federal Rule of Civil Procedure 12(b)(5).

The time for the plaintiff to respond to the motion is **February 12, 2026.** The time for the pro se defendant to reply is **March 5, 2026.**

The plaintiff should serve a copy of this Order on each of the defendants and file proof of service on the docket by **January 29, 2026.**

SO ORDERED.
Dated:    New York, New York
          January 22, 2026

————————————————
John G. Koeltl
United States District Judge

2