UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

PHH MORTGAGE CORPORATION,

                                    Plaintiff(s)

                                                                                25 civ 8414 (JGK)

                -against-

PETER DaSILVA, et al.,

                                    Defendant(s).

--------------------------------------------------------------X

## ORDER

The conference scheduled for Tuesday, February 10, 2026, at 3:00pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      February 4, 2026