UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————

PHH MORTGAGE CORPORATION,

                          Plaintiff,
            - against -

PETER DASILVA,

                          Defendant.

————————————————————————————

25-cv-8414 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The time for the defendant Peter O. DaSilva to reply to the plaintiff's opposition is extended to **June 5, 2026.**

SO ORDERED.

Dated:    New York, New York
          March 11, 2026

                              _____
                                    John G. Koeltl
                              United States District Judge