UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,

               Plaintiff,

    - against -

PETER DASILVA, ET AL.,

               Defendants.

25-cv-8414 (JGK)

Order

John G. Koeltl, District Judge:

    The time for the pro se defendant, Peter DaSilva, to file his reply brief is extended to **June 22, 2026**. In his reply brief, the plaintiff should explain why he was not properly served; otherwise, his motion will be denied and the case can proceed. The plaintiff may then choose to ask for a stay if there is in fact a basis for settlement. However, the case should proceed if there has been proper service.

    The plaintiff is directed to promptly serve a copy of this Order on the pro se defendant and to file proof of service on the docket.

SO ORDERED.

Dated:    New York, New York
          June 8, 2026

                          John G. Koeltl
                      United States District Judge