**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**PHH MORTGAGE CORPORATION,**

**Plaintiff,**

**- against -**

**PETER DASILVA, ET AL.,**

**Defendants.**

**25-cv-8414 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

As discussed at the telephone conference held today, the time for the plaintiff to serve defendant Peter DaSilva with the summons and complaint is extended to **July 31, 2026**.

The Clerk is respectfully requested to mail a copy of this order to the defendant at 737 East 221st Street, Bronx, New York 10467 and to note mailing on the docket.

**SO ORDERED.**

**Dated: New York, New York**
**July 14, 2026**

**John G. Koeltl**
**United States District Judge**