UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,

Plaintiff,

- against -

PETER DASILVA, ET AL.,

Defendants.

25-cv-8414 (JGK)

Order

**John G. Koeltl, District Judge:**

On July 20, 2026, the plaintiff filed an affidavit of service showing that on July 18, 2026, the pro se defendant, Peter DaSilva, was personally served with the summons and complaint at his home address, 737 E. 221st Street, Bronx, New York. See ECF No. 61. The defendant's filing at ECF No. 24, which the Court construed as a motion to dismiss for improper service pursuant to Federal Rule of Civil Procedure 12(b)(5) is therefore **denied as moot**. The time for the defendant to answer the complaint is **August 10, 2026**.

The Clerk is respectfully requested to mail a copy of this order to the defendant at 737 East 221st Street, Bronx, New York 10467 and to note mailing on the docket.

**SO ORDERED.**

**Dated:** New York, New York
July 21, 2026

John G. Koeltl
United States District Judge