UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,

Plaintiff,

- against -

PETER DASILVA, ET AL.,

Defendants.

25-cv-8414 (JGK)

Order

John G. Koeltl, District Judge:

The parties are directed to submit a Rule 26(f) report by **October 6, 2026.**

SO ORDERED.

Dated: New York, New York
September 21, 2026

John G. Koeltl
United States District Judge