UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,

Plaintiff,

-v-

PETER DASILVA, a/k/a PETER O. DESILVA, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 8414 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held an in-person initial case management conference on October 21, 2026 (the "Conference") to discuss the parties' disputes regarding the discovery schedule, (Dkt. Nos. 69–70), at which counsel for Plaintiff PHH Mortgage Corporation ("Plaintiff") and pro se Defendant Peter DaSilva ("Mr. DaSilva") appeared. (See Dkt. No. 72). Following the Conference, the Court **ORDERS** the following:

1. Should the parties wish to order a copy of the Conference transcript, they may do so by using the annexed form.
2. As discussed during the Conference, and as stated in the separate Case Management Plan that the Court will issue today, the Court **ADOPTS** Mr. DaSilva's proposed schedule (Dkt. No. 70):
    a. The parties shall exchange initial disclosures by **November 3, 2026**.
    b. Any motion to amend pleadings or join parties shall be filed by **November 5, 2026**.

c. The parties shall exchange initial written discovery requests by **November 23, 2026**.

d. The parties shall substantially complete document productions by **January 5, 2027**.

e. All fact discovery, including depositions, shall be complete by **February 1, 2027**.

3. Another case management conference will be held in person on **December 8, 2026, at 11:00 a.m. ET** in Courtroom 18A, 500 Pearl Street, New York NY 10007. Any participant requesting permission to bring an electronic device (e.g., cellphone, laptop, tablet) into the Courthouse for use at the December 8, 2026 conference must email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) a completed Electronic Device Order on or before **December 1, 2026**. The Electronic Device Order form is available on the Court's website at https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Defendant Peter DaSilva at 737 East 221 Street, Bronx NY, 10467.

Dated: New York, New York
October 21, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | |
|---|---|

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

## INDICATE SERVICE:

(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL