UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHH MORTGAGE CORPORATION,

Plaintiff,

-v-

PETER DASILVA, a/k/a PETER O. DESILVA, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 8414 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the request of pro se Defendant Peter DaSilva ("Mr. DaSilva") to extend the November 23, 2026 deadline to exchange initial written discovery requests given his difficulty in "locati[ng] the information[] and documents[.]" (Dkt. No. 79 (the "Request")). In light of Mr. DaSilva's pro se status, and his difficulty in locating certain information and documents, the Request is **GRANTED**. The deadline to exchange initial written discovery requests is **EXTENDED** to **December 7, 2026**. All remaining deadlines in the parties' Case Management Plan (Dkt. No. 75; see Dkt. No. 74) shall remain in place.

The Court encourages Mr. DaSilva to contact the Federal Pro Se Legal Assistance Project (the "Clinic") run by the City Bar Justice Center for questions he may have about this case. The Clinic can be reached by phone (212-382-4794) or email (fedprosdny@nycbar.org). More information on the Clinic can be found at https://www.nysd.uscourts.gov/attorney/legal-assistance.

Mr. DaSilva is also cautioned that as of November 13, 2026, pro se litigants such as himself are no longer able to file documents by email. Instead, he will need to upload his court

documents using the Pro Se Document Submission Portal: (https://www.nysd.uscourts.gov/forms/pro-se-portal-document-submission-instructions). Instructions from the Court's website regarding filing through the portal are appended to this order. If Mr. DaSilva has any questions about filing on the Portal instead of email, he should contact the pro se intake unit by telephone at (212) 805-0175, during normal business hours, 8:30 a.m. to 5:00 p.m. ET, Monday through Friday (except federal holidays and court closures). He may also inquire by email to Help_Desk@nysd.uscourts.gov.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Defendant Peter DaSilva at 737 East 221 Street, Bronx NY, 10467.

Dated: New York, New York
November 25, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

United States District Court
Southern District of New York

# Pro Se Portal: Step-by-Step Instructions

These instructions are intended to provide users with basic procedures for submitting documents through the Court's Pro Se Document Submission Portal.

Use the steps below to submit your documents to the Court through the **Pro Se Document Submission Portal**.

**Step 1: Go to the SDNY website**: www.nysd.uscourts.gov

1. Click the **menu button (☰)** in the top right corner *(to the right of the search bar)*
2. Click **Pro Se**.
3. Click **Submit Pro Se Files to the Court**.
4. Read the message on this page before moving on to Step 2.

**Step 2: Request Access to the Portal**

1. Enter your:
   - First Name
   - Last Name
   - Email Address
2. Complete the **CAPTCHA**.
3. Click **Submit**.
4. Check your email for an **"SDNY-Action Required: Complete your Submission notification from the Court". This email will be sent from 'noreply@nysd.uscourts.gov'.**
5. Open the email
6. Read the message in the email.
7. Click **Access Submission Page**.
8. Read the message on this page before moving on to Step 3.

**Step 3: Enter Your Information**

1. Enter your:
    - Phone Number - Type your 10-digit number. Ensure you separate the area code and the rest of the digits with periods (Format: XXX.XXX.XXXX).
    - Street Address
    - City/Town
    - State/Province
    - ZIP/Postal Code
2. Answer this question:

**Have you already submitted a Consent to Electronic Service form for this case to the Court?**

Select **Yes** or **No**.

3. Select whether you are submitting documents for a **New Case** or an **Existing Case**.

**If You Are Filing a NEW CASE**

4. Select the Case Type:

- **CV – Civil**
- **MC – Miscellaneous**

5. Click **Browse** next to the type of document you want to submit.
6. Select the **PDF** from your computer or device.
7. Complete the **CAPTCHA**.
8. Click **Submit**.

**If You Are Filing in an EXISTING CASE**

9. Enter your case information:

- Year
- Case Type:
    - **CV – Civil**
    - **CR – Criminal**
    - **MC – Miscellaneous**
- Case Number

10. Click **Browse** next to the type of document you want to submit.
11. Select & attach the **PDF** from your computer or device.

12. Complete the **CAPTCHA**.
13. Click **Submit**.

**Step 4: Check Your Email**

After your documents are submitted, check your email for an **"SDNY – Pro Se Submission Received"** email.

**Keep this email for your records.**

If you have any questions on how to use this portal, please contact the Pro Se Intake Unit via email at: 212.805.0175